17 So.2d 188

**Morris SELLERS v. STATE.**

**5 Div. 202.**

Court of Appeals of Alabama.
Jan. 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

14 So.2d 915

**Preston SEXTON v. STATE.**

**7 Div. 738.**

Court of Appeals of Alabama.
June 1, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

14 So.2d 915

**Preston SEXTON v. STATE.**

**7 Div. 739.**

Court of Appeals of Alabama.
June 15, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

15 So.2d 925

**Gibson SHEARON v. Evelyn SHEARON.**

**1 Div. 467.**

Court of Appeals of Alabama.
Oct. 12, 1943.

Smith, Hand & Arendall, of Mobile, for appellant.
D. R. Coley, Jr., of Mobile, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

20 So.2d 897

**Dewey SHELTON v. STATE.**

**7 Div. 805.**

Court of Appeals of Alabama.
Jan. 16, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

19 So.2d 855

**James SIMPKIN v. STATE.**

**4 Div. 851.**

Court of Appeals of Alabama.
Nov. 14, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.